JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE WILLIAM VETTER,<br><br>Petitioner,<br><br>v.<br><br>GENA JONES, Warden,<br><br>Respondent. | Case No. CV 23-03489 MCS (RAO)<br><br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: May 19, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE